IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DISH NETWORK L.L.C., et al., | : | |
| Plaintiffs, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| BENJAMIN JONES, | : | No. 12-1273 |
| Defendant. | : | |

## ORDER

**AND NOW**, this **16th** day of **July**, **2012**, upon consideration Plaintiffs' Motion for Default Judgment and Request for Statutory Damages and Permanent Injunction, and for the reasons stated in the Court's Memorandum dated July 16, 2012, it is hereby **ORDERED** that:

1.  The motion (Document No. 5) is **GRANTED**.

2.  Judgment is entered for Plaintiffs and against Defendant on Count III (Electronic Communications Privacy Act).

3.  Plaintiffs' request for statutory damages under 18 U.S.C. § 2520(c)(2) is **GRANTED**. Statutory damages in the amount of $10,000 are awarded to Plaintiffs.

4.  Plaintiffs' request for a permanent injunction is **DENIED**.

5.  Counts I and II of the Complaint are **DISMISSED with prejudice**.

6.  The Clerk of Court is directed to close this case.

BY THE COURT:

_____
**Berle M. Schiller, J.**